IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT WILLIAMS** **PLAINTIFF**
**ADC #121011**

V. NO: 4:17CV00035 JLH

**FAULKNER COUNTY, ARKANSAS**
**CIRCUIT COURT,** *et al.* **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE